IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, <br><br> Plaintiff, <br><br> v. <br><br> J EEEEEE, ET AL., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-543 <br><br> (Judge Colville) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants colorful designs, Yaorui Clothing, Charming Red Rose, Ruiyao, XTONGG, RSDM, Fashionable Modern Girl, Cupids Wardrobe, Large womens casual style  with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 1, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street

- 2 -

        Pittsburgh, Pennsylvania 15143
        (412) 741-8400 – Telephone
        (412) 741-9292 – Facsimile

        Attorneys for Plaintiff